912

JUNE 3, 1998

No. 97–9336 (A–916). GRETZLER *v.* ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

No. 97–9362 (A–922). GRETZLER *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this application and this petition. 

JUNE 4, 1998

No. 97–1400. CHRISTY, TRUSTEE OF THE FINLEY KUMBLE ET AL. MALPRACTICE INSURANCE TRUST *v.* ALEXANDER & ALEXANDER OF NEW YORK, INC., ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1. 

No. 97–1924. UNITED STATES *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of the Independent Counsel for leave to file an unredacted petition and appendix under seal granted. Motion of counsel for President Clinton for leave to file under seal an unredacted brief in opposition granted. Motion for an expedited response to the petition and for an expedited briefing and argument schedule denied. Motion by the Solicitor General, on behalf of the United States acting through the Attorney General, for access to sealed portions of the record denied. Certiorari before judgment denied without prejudice. It is assumed that the Court of Appeals will proceed expeditiously to decide this case.